In the Matter of JULE L. MAISEL et al., Appellants. JACOB J. SCHWARTZWALD et al., Respondents.

Submitted May 19, 1941; decided May 29, 1941.

William C. Chanler, *Corporation Counsel* (*Paxton Blair* of counsel), and *Louis B. Heller* for motions.

*Jule L. Maisel* opposed.

Motions denied.